AKRON BAR ASSOCIATION *v.* HOFFER.

[Cite as *Akron Bar Assn. v. Hoffer* (2000), 88 Ohio St.3d 1226.]

(No. 98–2640—Submitted and decided February 17, 2000.)

For earlier case, see *Akron Bar Assn. v. Hoffer* (1999), 86 Ohio St.3d 97, 712 N.E.2d 116.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.